# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 07/03/2024 |
| Case: 8−24−72612−las | Form ID: 309A | Total: 32 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10365803    Ford Credit

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Albert Labella          79 Handsome Avenue          Sayville, NY 11782
tr          Marc A. Pergament          Marc A. Pergament, Trustee          400 Garden City Plaza          Ste 309          Garden City, NY 11530
aty         Law Office of Gregory Messer, PLLC          c/o Gregory M. Messer          26 Court Street          Suite 2400          Brooklyn, NY 11242
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYS Unemployment Insurance          Attn: Isolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg         United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722−4437
10365789    Ally Financial, Inc          Attn: Bankruptcy          500 Woodard Ave          Detroit, MI 48226
10365790    Barclays Bank Delaware          Attn: Bankruptcy          125 South West St          Wilmington, DE 19801
10365791    Blitman & King          c/o Metal Workers          443 N. Franklin Street          Suite 300          Syracuse, NY 13204
10365792    Borvoy          PO Box 15123          Wilmington, DE 19850
10365793    Campolo Middleton &          MCCormick, LLP          4175Veterans Memorial          Highway, Suite 400          Port Jefferson Station, NY 11776
10365794    Chase          PO Box 15153          Wilmington, DE 19886
10365795    Chase Card Services          Attn: Bankruptcy          P.O. 15298          Wilmington, DE 19850
10365796    Chase Card Services          Attn: Bankruptcy          P.O. 15298          Wilmington, DE 19850
10365797    Chase Card Services          Attn: Bankruptcy          P.O. 15298          Wilmington, DE 19850
10365798    Citibank          Citicorp Cr Srvs/Centralized Bankruptcy          Po Box 790040          St Louis, MO 63179
10365799    CloudFund , LLC          400 Rella Blvd          Suite 165−1081          Suffern, NY 11763
10365800    Department of Treasury          Internal Revenue Services          Holtsville, NY 11742
10365801    Dierks Heating Co.          43−32 33nd Street          Long Island City, NY 11101
10365802    Ford Credit          One American Road          Dearborn, MI 48126
10365804    Green Note Capital          Partners, Inc.          1019 Avenue P          Brooklyn, NY 11223
10365805    Harry Brainum          c/o Shanker Law Group          101 Front Street          Mineola, NY 11501
10365806    Harry Brainum          c/o Shanker Law Group          101 Front Street          Mineola, NY 11501
10365807    M & T Bank          PO Box 619063          Dallas, TX 75261
10365808    Meghan Labella          79 Handsome Avenue          Sayville, NY 11782
10365809    Meghan Labella          79 Handsome Avenue          Sayville, NY 11782
10365810    Navient          Attn: Bankruptcy          Po Box 9500          Wilkes−Barre, PA 18773
10365811    Roadrunner Account Services          Attn: Bankruptcy          5525 N Macarthur Blvd, Ste 660          Irving, TX 75038
10365812    Southwest          Po Box 15123          Wilmington, DE 19850
10365813    Us Bank          Attn: Bankruptcy          800 Nicollet Mall          Minneapolis, MN 55402

TOTAL: 31