**TRIPLE S AIR SYSTEMS, INC.**

53744

| Vendor | AL022 | ALBERT LABELLA | Check 53744 | 06/14/24 | |
|---|---|---|---|---|---|
| Inv Date | Invoice No | Job/Desc | Gross | Discount | Check Amount |
| 06/13/24 | 24-002 | CONSULTING | 10,768.26 | | 10,768.26 |
| | | | 10,768.26 | 0.00 | 10,768.26 |