UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                        Chapter 7
                                              Case No. 24-72612-AST
    ALBERT LABELLA,

            Debtor(s).

---

**CERTIFICATE OF NO OBJECTION**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On August 15, 2024, Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ("Movant") filed a motion for relief from the automatic stay ("Motion").

2. Contemporaneously with the Motion, Movant filed a notice of presentment on the Motion scheduling a presentment on the Motion for September 9, 2024.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than 7 days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing.

- 2 -

Dated: September 3, 2024

*Deborah Schaal* (signature)
Deborah Kall Schaal Esq.
Law Office of Deborah K. Schaal
Office Suites of Linden Oaks
70 Linden Oaks, 3rd Floor
Rochester, NY 14625
(585) 244-1070
debbie@dksattorney.com