# United States Bankruptcy Court
## Eastern District of New York

In re **Albert Labella**  
Debtor(s)

Case No. **8-24-72612**  
Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **9/3/24**

_____  
Gregory M. Messer 7539  
Attorney for Debtor(s)  
**Law Office of Gregory Messer**  
26 Court Street  
Suite 2400  
Brooklyn, NY 11242  
718 858-1474 Fax:718 797-5360  
gmesser@messer-law.com

**United States Bankruptcy Court**
**Eastern District of New York**

In re   Albert Labella _____   Case No.   8-24-72612
                              Debtor(s)                   Chapter    7

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedules D and EF, consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   9/3/24                    Signature  X  /s/ Albert Labella
                                            Albert Labella
                                            Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Fill in this information to identify your case:

Debtor 1 **Albert Labella**
        First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number **8-24-72612**
(if known)

☒ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Ally Financial, Inc**<br>Creditor's Name<br><br>**Attn: Bankruptcy**<br>**500 Woodard Ave**<br>**Detroit, MI 48226**<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred **Opened 03/23 Last Active 12/06/23** | Describe the property that secures the claim:<br>**Automobile**<br>**2020 BMW X7**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  **0999** | $32,583.00 | $0.00 | $32,583.00 |

| Debtor 1 | Albert Labella | | Case number (if known) | 8-24-72612 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### 2.2 Blitman & King

**Creditor's Name**

c/o Metal Workers
443 N. Franklin Street
Suite 300
Syracuse, NY 13204

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $524,000.00     $0.00     $524,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

### 2.3 Campolo Middleton &

**Creditor's Name**

MCCormick, LLP
4175 Veterans Memorial
Highway, Suite 400
Port Jefferson Station,
NY 11776

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $5,620.78     $0.00     $5,620.78

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

### 2.4 CloudFund, LLC

**Creditor's Name**

400 Rella Blvd
Suite 165-1081
Suffern, NY 11763

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $1,374,638.81     $0.00     $1,374,638.81

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

Debtor 1  **Albert Labella**  
    First Name    Middle Name    Last Name

Case number (if known) **8-24-72612**

---

| 2.5 | **Dierks Heating Co.** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe the property that secures the claim:     $602,240.00    $0.00    $602,240.00

**43-32 33nd Street**  
**Long Island City, NY**  
**11101**  
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Who owes the debt? Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
■ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.6 | **Ford Credit** |
|---|---|
| | Creditor's Name |

Describe the property that secures the claim:     $31,949.00    $0.00    $31,949.00

**2020 Ford Expedition Leased**

**One American Road**  
**Dearborn, MI 48126**  
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Who owes the debt? Check one.  
■ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
☐ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.7 | **Green Note Capital** |
|---|---|
| | Creditor's Name |

Describe the property that secures the claim:     $938,948.00    $0.00    $938,948.00

**Partners, Inc.**  
**1019 Avenue P**  
**Brooklyn, NY 11223**  
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Who owes the debt? Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
■ At least one of the debtors and another  
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.  
☐ An agreement you made (such as mortgage or secured car loan)  
☐ Statutory lien (such as tax lien, mechanic's lien)  
■ Judgment lien from a lawsuit  
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

Debtor 1  **Albert Labella**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) **8-24-72612**

| 2.8 | Harry Brainum | Describe the property that secures the claim: | $590,189.96 | $0.00 | $590,189.96 |

Creditor's Name

**c/o Shanker Law Group
101 Front Street
Mineola, NY 11501**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____　　Last 4 digits of account number _____

| 2.9 | Harry Brainum | Describe the property that secures the claim: | $591,000.00 | $0.00 | $591,000.00 |

Creditor's Name

**Vendor**

**c/o Shanker Law Group
101 Front Street
Mineola, NY 11501**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____　　Last 4 digits of account number _____

| 2.10 | M & T Bank | Describe the property that secures the claim: | $813,617.00 | $0.00 | $813,617.00 |

Creditor's Name

**Real Estate Mortgage
79 Handsome Avenue
Sayville, NY 11782**

**PO Box 619063
Dallas, TX 75261**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____　　Last 4 digits of account number _____

Debtor 1   **Albert Labella**
           First Name   Middle Name   Last Name

Case number (if known)   **8-24-72612**

| 2.11 | **Roadrunner Account Services** | Describe the property that secures the claim: | $23,392.00 | $0.00 | $23,392.00 |

Creditor's Name

**Attn: Bankruptcy
5525 N Macarthur Blvd,
Ste 660
Irving, TX 75038**

Number, Street, City, State & Zip Code

**Secured
2022 Sea Doo P.W.C.**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 9/16/22 Last Active 01/24**

Last 4 digits of account number  **5784**

Add the dollar value of your entries in Column A on this page. Write that number here:  **$5,528,178.55**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$5,528,178.55**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.