UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:
    ALBERT LaBELLA,

                      Debtor.

Chapter 7

Case No. 24-72612-ast

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On September 9, 2024, the Motion (the "Motion") of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., ("Movant"), dated August 15, 2024 came before the Court, for relief from the automatic stay with respect to collateral known as a 2021 Jeep Wrangler, VIN No: 1C4HJXEMXMW530693 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefor, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. § 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within thirty (30) days of the report, if applicable, and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



Dated: September 12, 2024
Central Islip, New York

_____
Alan S. Trust
Chief United States Bankruptcy Judge